Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RONALD L. BISHOP, | )<br>) |
| Plaintiff, | ) Case No. 2:20-cv-02166-KJD-EJY<br>) |
| vs. | )<br>) |
| TRANS UNION LLC | ) STIPULATION AND ORDER FOR<br>) DISMISSAL WITH PREJUDICE |
| Defendants. | )<br>) |

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that Defendant Trans Union LLC be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. |
| /s/ Mitchell Gliner | /s/ Jennifer Bergh |
| MITCHELL D. GLINER, ESQ. | JENNIFER BERGH, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 014480 |
| 3017 W. Charleston Blvd. # 95 | 6900 N. Dallas Parkway, Suite 800 |
| Las Vegas, Nevada 89102 | Plano, TX 75024 |
| Attorney for Plaintiff | Attorney for Defendant |

IT IS SO ORDERED this ____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE